MAX WENDLINGER et al., Plaintiffs, and GILMAN S. CURRIER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 758.]

■

ETHEL M. PHAIR, Respondent, v. L. FIGUEIREDO S. A., Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis, Heffernan and Bergan, JJ. [See *ante,* p. 771.]

■

KNAPP ENGRAVING CO., INC., v. JOHN POST CONSTRUCTION CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ. [See *ante,* p. 763.]

■

ELEANOR H. ROSE v. BILLY ROSE.— Motion denied. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *ante,* p. 785.]

## (July 7, 1952.)

■

MILTON H. RUBIN, Respondent, v. IRVING TRUST COMPANY, as Executor of HAROLD RUBIN, Deceased, et al., Appellants.— Reargument granted and on reargument the original determination of June 3, 1952 (*ante,* p. 348), adhered to. Orders reversed, with one bill of $20 costs and disbursements to the appellants, and the motions for summary judgment granted, and judgment is directed to be entered herein in favor of the defendants dismissing the complaint, with costs. Opinion by Van Voorhis, J. Cohn and Heffernan, JJ., dissent and vote to affirm; dissenting opinion by Cohn, J. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.